IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Docket No. 1:14-mj-00008-CL |
| ) | |
| CHRISTOPHER RYAN LARSON, ) | |
| ) | ORDER REVOKING PROBATION |
| Defendant. ) | AND IMPOSING SENTENCE |
| ) | |

On October 29, 2004, defendant was sentenced in the Eastern District of California subsequent to his plea of guilty to Operating a Motor Vehicle with Blood Alcohol Greater than 0.05 percent.

On February 23, 2006, the Eastern District of California issued a Petition for Warrant and Warrant of Arrest for violation of probation.

On February 6, 2014, this Court accepted Transfer of Jurisdiction.

On February 10, 2014, defendant appeared with counsel at a hearing to determine whether defendant's probation should not be revoked. The defendant admitted violating probation by using marijuana, failing to submit to drug testing and failing to notify his probation officer of a change of address.

It is the finding of the Court that defendant violated the conditions of probation.

1 - ORDER REVOKING PROBATION

It now appearing to the Court that defendant is no longer suitable for continued supervision,

IT IS ORDERED defendant's probation is revoked and he is sentenced to time served.

DATED this __12__ day of February, 2014.

_____
The Honorable Mark D. Clarke
Magistrate Judge

2 - ORDER REVOKING PROBATION